UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



_____

SAID IBRAHIM,

   Petitioner,

  v.              25-CV-808 (JLS)

JOSEPH FREDEN, i*n his official
capacity as Field Office Director;
Buffalo Field Office, U.S Immigration
and Customs Enforcement*, STEVEN
KURZDORFER, *in his official capacity
as Field Office Director; Buffalo Field
Office, U.S. Immigration and Customs
Enforcement*, TODD LYONS, *in his
official capacity as Acting Director, U.S.
Immigration and Customs Enforcement*,
KRISTI NOEM, *in her official capacity
as Secretary of Homeland Security*,

   Respondents.

_____

### ORDER

   Petitioner Said Ibrahim is a civil immigration detainee currently held at the

Buffalo Federal Detention Facility.  He claims that he is being detained in United

States Immigration and Customs Enforcement custody pending removal

proceedings in violation of the United States Constitution.  *See generally* 8 U.S.C.

§§ 1231(a)(1) (stating that Attorney General, succeeded by the Secretary of

Homeland Security for this purpose, must remove alien within 90 days of final order

of removal), (a)(6) ("An alien ordered removed . . . may be detained beyond the [90-

day] removal period . . ."); *Zadvydas v. Davis*, 533 U.S. 678, 700–01 (2001)

(establishing six months as the presumptive limit to reasonable duration of detention under Section 1231(a)(6)); *see also* 8 U.S.C. §§ 1226 (a),(c) (detention of aliens); *Jennings v. Rodriguez*, 138 S. Ct. 830, 851 (2018) (declining to decide the merits of whether extended detention violates due process).  Therefore, Petitioner seeks relief under 28 U.S.C. § 2241.  Dkt. 1.  He paid the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), and is represented by counsel.

IT IS HEREBY ORDERED that, by **October 23, 2025**, Respondents shall file and serve an answer responding to the allegations in the petition; and it is further

ORDERED that, by **October 23, 2025**, Respondents shall file and serve, along with their answer, a memorandum of law that addresses each issue raised in the petition and includes citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that, by **October 23, 2025**, Respondents may file, instead of an answer, a motion to dismiss the petition, accompanied by appropriate exhibits demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that Petitioner shall file a written response to Respondents' answer or motion to dismiss by **November 17, 2025**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the petition, together with a copy of this order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

Dated:      September 8, 2025
            Buffalo, New York

 

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE