Judgment in a Civil Case
_____

United States District Court<br>
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| SAID IBRAHIM | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 25-CV-808 |
| v. | |
| JOSEPH FREDEN, in his official capacity as Field Office Director; Buffalo Field Office, U.S. Immigration and Customs Enforcement, STEVEN KURZDORFER, in his official capacity as Field Office Director; Buffalo Field Office, U.S. Immigration and Customs Enforcement, TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, KRISTI NOEM, in her official capacity as Secretary of Homeland Security | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed as moot.

Date: December 8, 2025                              MARY C. LOEWENGUTH
                                                    CLERK OF COURT

                                                    By: s/Jasmin
                                                        Deputy Clerk